Kathryn Tassinari
Drew L. Johnson
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SEAN J. PLOTKIN,**

             Plaintiff,

  vs.

**MICHAEL J. ASTRUE,**
Commissioner, Social Security
Administration,

             Defendant.

Civil No. 06-6135-MO

**ORDER REGARDING ATTORNEY FEES UNDER THE SOCIAL SECURITY ACT**

After considering Plaintiff's Motion Regarding Attorney Fees Under the Social Security Act, it is hereby

ORDERED that:

Plaintiff's counsel is granted 30 days subsequent to Plaintiff's notification of past-due benefits to prepare and submit a request specifying the amount of fees requested.

IT IS SO ORDERED this day of ~~April~~ May 7th, 2007.

_____
U.S. District Judge

1 - ORDER REGARDING ATTORNEY FEES UNDER SOCIAL SECURITY ACT